## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**COREY L. JOHNSON,**

      **Plaintiff,**

**v.**                                 **Case No. 5:23-cv-207-WFJ-PRL**

**UNITED STATES OF AMERICA,**
**FEDERAL BUREAU OF PRISONS,**
**B.M. ANTONELLI, RICHARD LI,**
**MICHAEL BERMAN, M. GRAHAM,**

      **Defendants.**

_____/

## ORDER

This cause comes before the Court on the motion to dismiss Mr. Johnson's complaint, which was filed by Defendants the Federal Bureau of Prisons, B.M. Antonelli, M. Graham, Michael Berman, and Richard Li. (Doc. 20). The United States Magistrate Judge issued a report recommending that the motion be granted to the extent that the Federal Bureau of Prisons, Antonelli, and Graham should be dismissed from this case, and denied to the extent that Johnson's *Bivens* claims against Li and Berman should proceed. (Doc. 27). The time for filing objections has passed.

After an independent review of the record, the Court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). The Court reviews the legal conclusions de novo in the absence of an objection. *See LeCroy v. McNeil*, 397 F. App'x 554, 556 (11th Cir. 2010) (citation omitted); *Cooper-Houston v.*

*S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994). The Magistrate Judge found that the complaint (Doc. 1) fails to state a claim against the Federal Bureau of Prisons, Antonelli, and Graham, but states a claim against Berman and Li. (Doc. 27). The motion to dismiss did not address Mr. Johnson's Federal Tort Claims Act claim against the United States and the Magistrate Judge therefore found that the claim should proceed. (Doc. 27). After conducting an independent examination of the file, the Court agrees with the well-reasoned Report and Recommendation and rules as follows:

**1.** The Report and Recommendation (Doc. 27) is adopted, confirmed, and approved in all respects and made a part of this order.

**2.** The Motion to Dismiss (Doc. 20) is **GRANTED** in part and **DENIED** in part.

**3.** Plaintiff's claims against the Federal Bureau of Prisons, B.M. Antonelli, and M. Graham are **DISMISSED** in accordance with the Report and Recommendation.

**4.** Defendants Michael Berman, Richard Li, and the United States are ordered to answer or otherwise respond to the complaint (Doc. 1) within **SIXTY (60) DAYS** from the date of this order.

**DONE AND ORDERED** at Tampa, Florida, on August 8, 2024.

**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO:**
Plaintiff, pro se
Counsel of record