UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**COREY L. JOHNSON,**

    **Plaintiff,**

v.                                                      Case No. 5:23-cv-207-WFJ-PRL

**UNITED STATES OF AMERICA,**

    **Defendant.**
_____/

## ORDER

This cause comes before the Court on Mr. Johnson's motion to stay. (Doc. 46). Mr. Johnson is designated to leave the federal correctional institution in which he is currently incarcerated. (Doc. 46 at 1). Mr. Johnson requests a stay until he arrives at a new correctional institution because, during the transfer, he will be unable to respond "to the defendants['] opposition motion." (Doc. 46 at 1). There are no pending motions as this Court already granted the defendants' motion to dismiss Johnson's claim under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1972). The remaining defendant, the United States of America, has expressed its desire to file an answer to the Federal Tort Claims Act claim against it rather than seek dismissal. (*See* Doc. 39). Further, there are currently no deadlines that Mr. Johnson is required to comply with. Therefore, Mr. Johnson's reason for seeking a stay is unpersuasive and his motion (Doc. 46) is **DENIED**. In an abundance of caution, until the Court receives a notice of change of address from Mr. Johnson, it will give him

additional time to respond to court filings.

**DONE AND ORDERED** at Tampa, Florida, on December 9, 2024.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO:**
Plaintiff, pro se
Counsel of record